

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Lee Brady, Commissioner,
Department of Banking
Austin, Texas

Dear Mr. Brady:                    Opinion No. 0-2530

Re:    Whether or not the Mid-
Continent Bancshares,
Inc., a foreign corpora-
tion, organized as a hold-
ing company, with respect
to Morris Plan Bank shares
is lawfully doing business
in Texas, where it has ac-
quired such shares in a
Texas Morris Plan Bank,
without having taken out
a permit to do business in
Texas, and related questions.

We beg to acknowledge receipt of your letter of
July 10, 1940, propounding for a legal opinion the follow-
ing questions:

"The San Antonio Morris Plan Bank was
originally incorporated under Chapter 9 of
the Banking Act as a Morris Plan Bank with-
in the purview of that chapter. Subsequent-
ly it adopted the powers provided for under
S. B. No. 268, and thereafter applied to the
FDIC for insurance of its deposits pursuant
to the laws of the United States.

"In connection with that application
it developed that more than a majority of
the stock of this bank is owned by Mid-Con-
tinent Bancshares, Inc. a foreign corpora-
tion, which corporation has no permit to do
business in this State. This fact having
come to light, the FDIC has requested that
I submit to you the following questions:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Lee Brady - Page 2

"1.  Is Mid-Continent Bancshares, Inc.,
a foreign corporation, lawfully doing busi-
ness in this State?

"2.  Are Mid-Continent Bancshares, Inc.,
and the San Antonio Morris Plan Bank, or
either or both of them, exercising banking
privileges in violation of Section 16, Article
16, of the Texas Constitution, or in violation
of any other law of this State?

"In the light of the above facts, is the
San Antonio Morris Plan Bank lawfully entitled
to exercise the privileges as provided for un-
der Chapter 9 of the Banking Act as amended
by S. B. No. 268?"

The questions presented by you are the same
as those stated in your request for an opinion of date
June 26, 1940, and which we answered in our Opinion No.
0-2484.  We therefore answer as we did in that case, to-
wit:

1.  We express no opinion as to whether or not
the Mid-Continent Bancshares, Inc. is lawfully doing busi-
ness in the State of Texas.  We do hold, however, that
its activities, as disclosed by you, do not affect the
status or rights of the Morris Plan Bank as a Texas cor-
poration to carry on its corporate purposes and affairs.

2.  This question should be answered in the
negative as to both institutions -- the Mid-Continent
Bancshares, Inc., and the Morris Plan Bank.  In this
connection it is pertinent to say the incorporation of
the Morris Plan Bank should not be considered a subter-
fuge or scheme for the carrying on of the Mid-Continent
Bancshares, Inc. business, for the business of the two
corporations -- that is, the corporate purpose -- is
not the same.  The corporate business of the Morris Plan
Bank is that of a banking corporation; whereas, the cor-
porate business of the Mid-Continent (insofar as perti-
nent here) is that of a holding corporation.

Honorable Lee Brady - Page 3

Our reasons are fully set forth in the opinion referred to, a copy of which we hand you herewith.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

/s/
Ocie Speer
Assistant

OS-MR

Enclosure

APPROVED JUL 16, 1940
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION COMMITTEE
By /s/ B. W. B.
Chairman